# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ROBERT SNYDER,**                  **CASE NO. 2:06-CV-348**
                                                  **CRIM. NO. 2:05-CR-60**
       **Petitioner,**                  **JUDGE MARBLEY**
                                                  **MAGISTRATE JUDGE KING**

**v.**

**UNITED STATES OF AMERICA,**

       **Respondent.**

## OPINION AND ORDER

On April 5, 2007, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were specifically advised of their right to object to the Magistrate Judge's recommendation, and of the consequences of failing to do so, nevertheless, there has been no objection to the Magistrate Judge's *Report and Recommendation*.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

       **IT IS SO ORDERED**.

                                                     *s/Algenon L. Marbley*
                                                      ALGENON L. MARBLEY
                                                      United States District Judge